IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| VANESTA LAWTON,  )<br>  )<br>  Plaintiff,  )<br>v.  )<br>  )<br>TTEC HOLDINGS, INC. d/b/a Teletech, and  )<br>TTEC SERVICES CORPORATION,  )<br>  )<br>  Defendants.  ) | Case No. 24-00077-CV-W-BP |

VANESSA LAWTON,

        Plaintiff,

v.  Case No. 24-00077-CV-W-BP

TTEC HOLDINGS, INC. d/b/a Teletech, and
TTEC SERVICES CORPORATION,

        Defendants.

## ORDER FOR JUDGMENT

Pursuant to (1) Rule 68 of the Federal Rules of Civil Procedure, (2) Plaintiff's acceptance of Defendants' Offer of Judgment, (Doc. 31-2), and (3) the parties' Stipulation, (Doc. 31), judgment will be entered for Plaintiff and against Defendants in the amount of $15,000. This sum represents the total amount of the judgment and includes costs, interest, attorney's fees, and other disbursements.

From the judgment, $10,500 shall be paid to Plaintiff and $4,500 constitutes attorney fees and costs.

**IT IS SO ORDERED.**

                                              /s/ Beth Phillips
                                              BETH PHILLIPS, CHIEF JUDGE
DATE: May 31, 2024                      UNITED STATES DISTRICT COURT