**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| VANESSA LAWTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 24-00077-CV-W-BP |
| | ) | |
| TTEC HOLDINGS, INC. d/b/a Teletech, and | ) | |
| TTEC SERVICES CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT IN A CIVIL CASE

___**Jury Verdict**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**  **Decision by Court.**   This action came before the Court.   The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

      Pursuant to the Order filed on May 31, 2024 (Doc. 32), judgment is entered in favor of Plaintiff

and against Defendant in the amount of $15,000.   $10,500 shall be paid to Plaintiff and $4,500 constitutes

attorney fees and costs.

May 31, 2024                           Paige Wymore-Wynn
Date                                        Clerk of Court

                                           /s/ Shauna Murphy-Carr
                                           (by) Deputy Clerk